November 15, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

SOUTHWINDS EXPRESS CONSTRUCTION, LLC, Appellant

NO. 14-15-00610-CV                              V.

D.H. GRIFFIN OF TEXAS, INC., Appellee

_____

       This cause, an appeal from the June 16, 2015 judgment in favor of appellee D.H. Griffin of Texas, Inc., was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellant Southwinds Express Construction, LLC to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.